IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:99CV3

| | |
|---|---|
| M.E. and P.E., on their behalf and on behalf of their son, C.E., <br><br>Plaintiffs, <br><br>Vs. <br><br>THE BOARD OF EDUCATION FOR BUNCOMBE COUNTY, a/k/a BUNCOMBE COUNTY PUBLIC SCHOOLS, <br><br>Defendant. | ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the remand from the United States Circuit Court of Appeals for the Fourth Circuit. *ME and PE ex rel. CE v. Buncombe County Bd. of Educ.,* **No. 03-2404 (4th Cir. Apr. 5, 2005, unpublished).**

Pursuant to the directions set forth therein,

**IT IS, THEREFORE, ORDERED** that the request of M.E. is hereby **REMANDED** to the North Carolina Office of Administrative Hearings, which shall then and there conduct a full administrative hearing on the merits of the request of M.E., *i.e.*, that she be reimbursed for certain expenses incurred by her on account of the participation of her son, C.E., in the Lovaas program.

**Signed: May 23, 2005**

Lacy H. Thornburg
United States District Judge