# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

CIVIL ACTION NO. 1:99CV3-T

| | |
|---|---|
| **M.E.** and **P.E.** on behalf of their son **C.E.**, <br> Plaintiffs, <br><br> v. <br><br> **The Board of Education for Buncombe County a/k/a Buncombe County Public Schools,** <br> Defendant | **Order Granting Plaintiffs' Motion for Transfer of Records for Remand** |

**THIS MATTER** is before the Court upon Plaintiffs' Motion for Transfer of Records for Remand.

There being no objection by the Defendant and for cause shown,

**IT IS ORDERED** that the Clerk's office for the United States District Court for the Western District of North Carolina, Asheville Division, shall coordinate with Kim Hausen of the North Carolina Office of Administrative Hearings in arranging the transfer of all records received from the lower tribunals in this cause to the North Carolina Office of Administrative Hearings.

Signed: April 4, 2006

Lacy H. Thornburg
United States District Judge